# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2010

141282

EMILY ANN LENNEN,
      Plaintiff-Appellant,

v

TODD LAINE LENNEN,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141282
COA: 295559
Kalamazoo CC: 2009-006287-DM

On order of the Court, the application for leave to appeal the May 13, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

0920

_____
Clerk